NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS R. SMITH, DOC #552928,      )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D17-4273
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____   )

Opinion filed June 8, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Carlos R. Smith, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.